UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION
219 S. DEARBORN ST., CHICAGO, IL 60604

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| MICHAEL SCHMIDT, | ) | Case No. 04 B 20175 |
| | ) | |
| *Debtor(s).* | ) | Judge Manuel Barbosa |

**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At: Kane County Courthouse, 100 S. Third St., Room 140, Geneva, IL 60134

    On: **October 23, 2008**        Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transaction such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The trustee's Final Report shows total:

    Receipts                              $450,007.38

    Disbursements                         $0.00

    Net Cash Available for Distributio    $450,007.38

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Charles J. Myler, Trustee | $0.00 | $10,500.71 | $362.39 |
| Myler, Ruddy & McTavish, Attorneys for trustee | $0.00 | $5,260.00 | $0.00 |
| Ellis M. Sostrin, Special Counsel | $0.00 | $125,000.00 | $14,391.82 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| | $ | $     $ | |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be $0%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7. Claims of general unsecured creditors totaling $198.02 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 100%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1. | Nicor | $198.02 | $198.02 |
| 1a | Nicor, interest on claim | $1,558.20 | $1,558.20 |

8. Proposed surplus to debtor is $277,736.24 and $7,500.00 in payment of his exemption.

9. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

10. The trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn St., 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

8. Debtor has been discharged.

9. The trustee proposes to abandon the following property at the hearing:

Dated: **September 26, 2008**       For the Court,

By: **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 So. Dearborn St., 7th Floor
Chicago, IL 60604

Trustee: Charles J. Myler, ARDC#2008602
Address: 105 E. Galena Blvd., 8th Floor
Aurora, IL 60505
Phone: 630-897-8475
Fax: 630-897-8076

**BAE SYSTEMS**

**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7              Page 1 of 1           Date Rcvd: Sep 26, 2008
Case: 04-20175                 Form ID: pdf002          Total Served: 11

The following entities were served by first class mail on Sep 28, 2008.
db           +Michael Schmidt,    500 South Blackhawk Circle,    South Elgin, IL 60177-2986
aty          +Craig Z Black,    Robert J Semrad & Associates,    407 S Dearborn Street,   6th Floor,
               Chicago, IL 60605-1136
tr           +Charles J Myler,    Myler Ruddy & McTavish,    105 East Galena Boulevard,   8th Floor,
               Aurora, IL 60505-3338
8119648       Allstate,    Po Box 94213,    Palatine, IL 60094-4213
8119649       Beneficial,    4046 Narragansett,    Baltimore, MD 21297-1574
8119651       COMED,    Bankruptcy Department, Fax630 684 2710,    CHICAGO, IL 60604
8119650      +Carmen Velazquez, MD., LLC,    Suite C,   1185 Dundee Ave.,   Elgin, IL 60120-2232
8119652      +Homecoming Financial,    P.O.Box 78426,    Phoenix, AZ 85062-8426
8119653     ++MERCANTILE ADJUSTMENT BUREAU,    803 WEST AVE,    STE 197,   ROCHESTER NY 14611-2400
             (address filed with court: Mercantile Adjustment Bureau LLC,    P.O. Box 9315A,
               Rochester, NY 14604)
8119655      +Sherman Hospital,    934 Center St.,   Elgin, IL 60120-2198

The following entities were served by electronic transmission on Sep 27, 2008.
8119654      +E-mail/Text: bankrup@nicor.com                           Nicor,   P.O.Box 549,
               Aurora, IL 60507-0549
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             Myler Ruddy & McTavish
aty*           +Charles J Myler,    Myler Ruddy & McTavish,    105 East Galena Boulevard,   8th Floor,
                 Aurora, IL 60505-3338
                                                                                        TOTALS: 1, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 28, 2008**          **Signature:** *Joseph Speetjens*